IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

       vs                        Case Number: 13-04048-03-CR-C-BCW

Kallie Jo McLouth

Recorder: Denise Halasey/ CRD: Carrie James
Date: November 4, 2015

Honorable Brian C. Wimes presiding at Jefferson City, Missouri

Time: 1:56 – 2:07
**Dft plead to Count 5 of the indictment on 4/16/15.  The Court accepts the plea.**

**APPEARANCES**        Plaintiff: Larry Miller
                                Defendant: Randall Johnston
                                Probation: Jaime Drummond

**PROCEEDINGS IN COURTROOM: Above parties present. There were objections to the Presentence Report which were overruled and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution. Motion for downward departure granted.**

**SENTENCE: The defendant is sentenced to 3 years probation. Fine is waived. Special Assessment $100. Dft advised of right to appeal**